AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Rhode Island

Garden City Boxing Club, Inc.

V.

Umberto H. Sorbo and John Fazzi, Individually and as the alter egos of Grill 505, LLC, d/b/a Sharx Bar & Grill; Grill 505, LLC, an unknown business entity d/b/a Sharx Bar & Grill

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-406-T

TO: (Name and address of defendant)

Grill 505, LLC d/b/a Sharx Bar & Grill
c/o Registered Agent, Umberto H. Sorbo, 11 Lauren Court, Cranston, RI 02921

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc D. Wallick, Esq.
WALLICK & ASSOCIATES, LTD.
51 Jefferson Boulevard
Warwick, RI 02888

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

A Tre

CLERK

DATE 9-15-06

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 9-25-06 |
| NAME OF SERVER (PRINT) John Zeitounian | TITLE P.I.P. |

*Check one box below to indicate appropriate method of service*

☑ Served ~~personally upon the defendant~~. Place where served: Registered Agent Umberto H. Saro
11 Lauren Court Cranston, RI 02921

FILED
2006 SEP 22 A 9:50
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 35— | 35— |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-25-06
*Date*

[signature]
*Signature of Server*

P.O. Box 3602 Cranston, RI 02920
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.