UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC.<br>Plaintiff,<br><br>vs.<br><br>UMBERTO H. SORBA and JOHN FAZZI, individually and as the alter egos of Grill 505, LLC, d/b/a Sharx Bar & Grill; GRILL 505, LLC, an unknown business entity d/b/a Sharx Bar & Grill,<br><br>Defendants. | : | Case No. 06-406T |

**ANSWER**

Defendants Umberto H. Sorba and John Fazzi, and Grill 505, LLC, d/b/a Sharx Bar & Grill, (collectively referred to herein as "Defendants") hereby answer Plaintiff Garden City Boxing Club, Inc.'s Complaint as follows:

JURISDICTION

1. The allegations of paragraph 1 contain legal conclusions for which no response is necessary; to the extent a response is required said allegations are denied.

2. The allegations of paragraph 2 contain legal conclusions for which no response is necessary; to the extent a response is required said allegations are denied.

3. The allegations of paragraph 3 with respect to personal jurisdiction contain legal conclusions for which no response is necessary; to the extent a response is required said allegations are denied. All other allegations in paragraph 3 are denied.

VENUE

4. The allegations of paragraph 4 contain legal conclusions for which no response is necessary; to the extent a response is required said allegations are denied.

5. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 5 of Plaintiff's Complaint.

THE PARTIES

6. Defendant Umberto Sorbo admits that he is an individual who is a resident of Rhode Island. Defendants admit that Grill 505, LLC d/b/a/ Sharx Bar & Grill is a business entity having a principal place of business at 505 Atwood Avenue, Cranston, Rhode Island. Defendant Sorbo denies that he is the alter ego of Grill 505.

7. Defendants neither admit nor deny the allegations as set forth in Paragraph 7 of Plaintiff's Complaint, but rather leave Plaintiff to its proof.

8. Defendant John Fazzi admits that he is an individual who is a resident of Rhode Island. Defendants admit that Grill 505, LLC d/b/a/ Sharx Bar & Grill is a business entity having a principal place of business at 505 Atwood Avenue, Cranston, Rhode Island. Defendant Fazzi denies that he is the alter ego of Grill 505.

9. Defendants neither admit nor deny the allegations as set forth in Paragraph 9 of Plaintiff's Complaint, but rather leave Plaintiff to its proof.

10. Defendants admit that Grill 505, LLC d/b/a/ Sharx Bar & Grill is a business entity having a principal place of business at 505 Atwood Avenue, Cranston, Rhode Island.

11. Defendants neither admit nor deny the allegations as set forth in Paragraph 11 of Plaintiff's Complaint, but rather leave Plaintiff to its proof.

COUNT I

(Violation of 47 U.S.C. Section 605)

12. Defendants reallege and incorporate their responses to paragraphs 1 through 11 of the Plaintiff's Complaint as if fully set forth herein.

13. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 13 of Plaintiff's Complaint.

14. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 14 of Plaintiff's Complaint.

15. Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 15 of Plaintiff's Complaint.

16. Denied.

17. The allegations of paragraph 17 contain legal conclusions for which no response is necessary; to the extent a response is required said allegations are denied.

18. Denied.

19. The allegations of paragraph 19 contain legal conclusions for which no response is necessary; to the extent a response is required said allegations are denied.

20. Denied.

COUNT II

(Violation of 47 U.S.C. Section 553)

21. Defendants reallege and incorporate their responses to paragraphs 1 through 20 of the Plaintiff's Complaint as if fully set forth herein.

22. The allegations of paragraph 22 contain legal conclusions for which no response is necessary; to the extent a response is required said allegations are denied.

23. Denied.

24. The allegations of paragraph 24 contain legal conclusions for which no response is necessary; to the extent a response is required said allegations are denied.

25. Denied.

<u>COUNT III</u>

(Conversion)

26. Defendants reallege and incorporate their responses to paragraphs 1 through 25 of the Plaintiff's Complaint as if fully set forth herein.

27. Denied.

28. Denied.

29. Denied.

WHEREFORE, Defendants Umberto H. Sorba and John Fazzi, and Grill 505, LLC, d/b/a Sharx Bar & Grill demand judgment in their favor and that Plaintiff's Complaint be dismissed in all respects.

<u>AFFIRMATIVE DEFENSES</u>

<u>First Affirmative Defense</u>

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

<u>Second Affirmative Defense</u>

Plaintiff's Complaint is barred by the applicable statute of limitations.

<u>Third Affirmative Defense</u>

Plaintiff's Complaint must be barred to the extent that Plaintiff joined improper parties to this action.

WHEREFORE, Defendants Umberto H. Sorba and John Fazzi, and Grill 505, LLC, an d/b/a Sharx Bar & Grill demand judgment in their favor and that Plaintiff's Complaint be dismissed in all respects, together with attorneys fees and costs of defending this action.

DEFENDANTS HEREBY MAKE A DEMAND FOR TRIAL BY JURY.

Defendants,

By their Attorneys,

/s/ Thomas A. Tarro, III, Esq.

Thomas A. Tarro III, Esq. #2046
THE LAW FIRM OF THOMAS A. TARRO III
The Summit East - Suite 330
Centerville Road
Warwick, RI 02886
(401) 737-7200
(401) 732- 3362 (facsimile)

**CERTIFICATION**

I hereby certify that the foregoing Answer was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 3rd day of November 2006:

Mark D. Wallick, Esq.
Wallick & Associates, Ltd.
51 Jefferson Boulevard
Warwick, RI 02888
Wallicklaw@aol.com

/s/ Thomas A. Tarro, III, Esq.___________