AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Rhode Island

Garden City Boxing Club, Inc.

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 06-406-T

Umberto H. Sorbo and John Fazzi,
Individually and as the alter egos of Grill
505, LLC, d/b/a Sharx Bar & Grill; Grill 505,
LLC, an unknown business entity d/b/a
Sharx Bar & Grill

TO: (Name and address of defendant)

John Fazzi, alias
46 Seamans Street
Providence, RI 02908

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc D. Wallick, Esq.
WALLICK & ASSOCIATES, LTD.
51 Jefferson Boulevard
Warwick, RI 02888

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

9-15-06
DATE

[signature]
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10-30-06 |
| NAME OF SERVER *(PRINT)* Dean Batelho | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ________

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Robert Turmel

☐ Returned unexecuted: ________

☐ Other *(specify)*: ________

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 35.00 | 35.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-30-06
*Date*

[signature]
*Signature of Server*

PO Box 41178 Prov RI 02940-1178
*Address of Server*

FILED
2006 NOV -6 A 11:55
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.