UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GARDEN CITY BOXING CLUB, INC. :
Plaintiff, :
:
vs. :
: Case No. 06-406T
UMBERTO H. SORBA and JOHN FAZZI, :
individually and as the alter egos of Grill 505, :
LLC, d/b/a Sharx Bar & Grill; GRILL 505, :
LLC, an unknown business entity d/b/a :
Sharx Bar & Grill, :
Defendants. :

# NOTICE OF DEPOSITION

DEPONENT: **GERARD ROSS**

TIME & DATE OF TAKING: **Wednesday, May 23, 2007 at 10:00 a.m.**

TO: Mark D. Wallick, Esq.
Wallick & Associates, Ltd.
51 Jefferson Boulevard
Warwick, RI 02888
Wallicklaw@aol.com

Capitol Court Reporting
931 Jefferson Boulevard
Suite 2003
Warwick, RI 02886

Please take notice that the Plaintiff will take the testimony on oral examination of **Gerard Ross** on **Wednesday, May 23, 2007 at 10:00 a.m.** at the office of **Thomas A. Tarro, III, Esq., The Law Firm of Thomas A. Tarro, III, 300 Centerville Road, The Summit East – Suite 330, Warwick, Rhode Island 02886**, before a Notary Public of the State of Rhode Island or some other duly qualified person and thereafter from day to day as the taking of the deposition may be adjourned, at which time and place you are notified to appear and take part in the examination as you may be advised and as shall be fit and proper.

Defendant,
By and Through His Attorney,

__/S/ Thomas A. Tarro, III______________
Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I have emailed a copy of the foregoing ***Notice of Deposition*** on the 2nd day of April, 2007, to:

Mark D. Wallick, Esq.
Wallick & Associates, Ltd.
51 Jefferson Boulevard
Warwick, RI 02888
Wallicklaw@aol.com

Capital Court Reporting
931 Jefferson Boulevard
Suite 2300
Warwick, RI 02886

__/s/ Andrea T. Nadeau___________