GARDEN CITY BOXING CLUB, INC. :
Plaintiff, :
:
vs. :
: Case No. 06-406T
UMBERTO H. SORBA and JOHN FAZZI, :
individually and as the alter egos of Grill 505, :
LLC, d/b/a Sharx Bar & Grill; GRILL 505, :
LLC, an unknown business entity d/b/a :
Sharx Bar & Grill, :

# RULE 16 STATEMENT OF DEFENDANTS

The Defendant Grill 505 LLC denies the allegations as claimed by the Plaintiff in the complaint. The individual Defendants deny any liability and further, take the position that they are not personally liable for the actions of the LLC.

By and through their attorney,

/s/ Thomas A. Tarro, III

Thomas A. Tarro, III, Esq., #2046
**THE LAW FIRM OF THOMAS A. TARRO, III**
The Summit East - Suite 330
300 Centerville Road
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 facsimile