UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GARDEN CITY BOXING CLUB, INC. :

VS. : C.A. NO. 06-406T

UMBERTO H. SORBO and JOHN FRAZZI, individually and as the alter egos of GRILL 505, LLC d/b/a SHARX BAR & GRILL; GRILL 505, LLC, an unknown business entity d/b/a SHARX BAR & GRILL :

**DISMISSAL STIPULATION**

This matter having been settled may now be dismissed with prejudice with no interest or costs to either party.

/s/ Thomas A. Tarro, III
Thomas A. Tarro, III, # 2046
THE LAW FIRM OF THOMAS A. TARRO, III
300 Centerville Road
Summit East, Suite 330
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 – Facsimile

/s/ Marc D. Wallick
Marc D. Wallick, Esq.
WALLICK & ASSOCIATES, LTD.
51 Jefferson Blvd.
Warwick, RI 02888
(401) 461-0100

Dated: July 13, 2007